IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE FINAL CO. LLC,<br><br>               Plaintiff,<br><br>  v.<br><br>HOT TV SHOW STORE, et al.,<br><br>               Defendants. | Case No. 20-cv-03775<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff The Final Co. LLC ("Final" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| xttting | 40 |
| ljdgfvbshdrr | 70 |
| Ygsdtefcdd56 | 87 |

Dated this 9th day of October 2020.    Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff The Final Co. LLC*